5

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF Texas |

United States District Court
Southern District of Texas
FILED

AUG 14 1998

Michael N. Milby, Clerk of Court

Charles Roger

*versus*

Z. J. Medina, et. al

§
§
§
§
§
§
§

CIVIL ACTION  B-96-189

## Order of Dismissal for Want of Prosecution

Because over sixty days have passed from the date an answer was due without either

an answer or an action by the plaintiff, this action is dismissed without prejudice for want

of prosecution.

Signed on _____August 14_____, 1998, at Brownsville, Texas.

United States District Court
Southern District of Texas
ENTERED

AUG 17 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

_____
Hilda G. Tagle
United States District Judge